UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| JAMES I. DALE,<br>a/k/a James Irving Dale, | \* \* \* | CIV 14-4003 |
| Plaintiff, | \* \* | |
| vs. | \* \* | ORDER |
| CBM CORRECTIONAL FOOD SERVICES; | \* \* \* | |
| Defendant. | \* \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending before the Court is Plaintiff's Motion for Continuance, Doc. 167, in which Plaintiff requests the Court continue the date scheduled for trial until a date after December 8, 2018. After consideration of the Motion, together with the Plaintiff's supporting Declaration showing good cause,

IT IS ORDERED:

1. That Defendants' Motion for Continuance, Doc. 167, is granted.

2. That the final date for submitting Rule 26(a)(3) witness lists, designations of witnesses whose testimony will be presented by deposition, and exhibit lists shall be fourteen (14) days before the pre-trial conference; and the final date for the parties to file objections, if any, under Rule 26(a)(3) is seven (7) days before the pre-trial conference.

3. All motions in limine, with supporting authority, shall be in writing and filed, together with proposed instructions, with supporting authority, with the Court fourteen (14) days before the pre-trial conference.

4. That all motions not previously disposed of will be heard and a pre-trial conference will be held on Monday, <u>July 22, 2019, at 1:30 P.M.</u> The lawyer who will be the lead trial counsel at trial for each of the parties is to be in attendance at the pre-trial conference unless specifically excused by the Court from being in attendance.

5. That jury trial will commence in Sioux Falls, South Dakota, on <u>Tuesday, August 20, 2019,</u> with counsel to be present at 9:00 A.M., for the Court to

rule on any previously filed motions in limine that the Court has not ruled upon, and with the jury to report at 9:30 A.M.

6. That the parties shall promptly contact the Magistrate so that the possibility of settlement discussion with the assistance of the Magistrate can be pursued.

7. That the schedule herein may be modified by the Court upon a showing of good cause.

Dated this 23rd day of July, 2018.

BY THE COURT:

*(signature)*
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK

By: *(signature)*
Deputy