UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

```
******************************************************************
                              *
JAMES I. DALE,                *     CIV 14-4003
a/k/a James Irving Dale,      *
                              *
         Plaintiff,           *
                              *
   vs.                        *     ORDER
                              *
CBM CORRECTIONAL FOOD         *
SERVICES;                     *
                              *
         Defendant.           *
                              *
******************************************************************
```

Pending before the Court is a Motion to Withdraw as Counsel, Doc. 171, in which Assistant Attorney General Steven R. Blair requests leave of court to withdraw as counsel for Defendant CBM Managed Services as there are only individual capacity claims against CBM Managed Services remaining. Accordingly,

    IT IS ORDERED that Assistant Attorney General Steven R. Blair's Motion to Withdraw as Counsel, Doc. 171, will be granted once new counsel appears for CBM Correctional Food Services.

Dated this 1st day of October, 2018.

BY THE COURT:

/s/ Lawrence L. Piersol
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK
By:_____
         Deputy